From: Catherine a Bates
Re; Warren R Bates
Case No 05-12026 Bates
Chapter 13

RECEIVED
3-9-09

Sending you a copy of death certificate you requested .
Any questions please contact me, Thank you
Catherine Bates
7483 Lyons ave.
Hesperia, Ca 92345

(760) 244-4913

# COUNTY of SAN BERNARDINO
## DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: 3200936000548

| Field | Value |
|---|---|
| 1. Name of Decedent — First (Given) | WARREN |
| 2. Middle | REED |
| 3. Last (Family) | BATES |
| 4. Date of Birth | 01/26/1943 |
| 5. Age | 65 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | UT |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | YES |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 01/21/2009 |
| 8. Hour | 1200 |
| 13. Education | HS GRADUATE |
| 14/15. Hispanic/Latino | NO |
| 16. Race | CAUCASIAN |
| 17. Usual Occupation | MILITARY COMMUNICATIONS |
| 18. Kind of Business/Industry | GOVERNMENT |
| 19. Years in Occupation | 21 |
| 20. Decedent's Residence | 7483 LYONS AVENE |
| 21. City | HESPERIA |
| 22. County/Province | SAN BERNARDINO |
| 23. Zip Code | 92345 |
| 24. Years in County | 0 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | CATHERINE LYONS, WIFE |
| 27. Informant's Mailing Address | 7483 LYONS AVENUE, HESPERIA, CA 92345 |
| 28. Name of Surviving Spouse — First | CATHERINE |
| 29. Middle | ANNE |
| 30. Last (Maiden Name) | PATTERSON |
| 31. Name of Father — First | HECTOR |
| 32. Middle | GEORGE |
| 33. Last | BATES |
| 34. Birth State | ID |
| 35. Name of Mother — First | EDITH |
| 36. Middle | IRENE |
| 37. Last (Maiden) | SKILLMAN |
| 38. Birth State | SD |
| 39. Disposition Date | 01/23/2009 |
| 40. Place of Final Disposition | MEDCURE, 1213 NORTH EAST MARX STREET, PORTLAND, OR 97220 |
| 41. Type of Disposition(s) | TR/CR |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | HORIZON MEMORIAL SERVICES |
| 45. License Number | FD1919 |
| 46. Signature of Local Registrar | MAXWELL OHIKHUARE, MD |
| 47. Date | 01/22/2009 |
| 101. Place of Death | RESIDENCE - HOSPICE (Decedent's Home) |
| 104. County | SAN BERNARDINO |
| 105. Facility Address or Location Where Found | 7483 LYONS AVENUE |
| 106. City | HESPERIA |
| 107. Cause of Death — Immediate Cause (a) | GASTRIC CARCINOMA |
| Time Interval | MONS |
| 108. Death Reported to Coroner? | NO |
| 109. Biopsy Performed? | YES |
| 110. Autopsy Performed? | NO |
| 111. Used in Determining Cause? | (blank) |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | BIOPSY 06/--/2008 |
| 115. Signature and Title of Certifier | JOHN RAYMOND HAWES JR. D.O. |
| 116. License Number | 20A4986 |
| 117. Date | 01/22/2009 |
| 114a. Decedent Attended Since | 01/07/2009 |
| 114b. Decedent Last Seen Alive | 01/07/2009 |
| 118. Type Attending Physician's Name, Mailing Address, Zip Code | JOHN RAYMOND HAWES JR. D.O., 12421 HESPERIA ROAD, VICTORVILLE, CA 92395 |

State Registrar: 2/+5

Barcode: *012009000980279*

---

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA  } SS
COUNTY OF SAN BERNARDINO

DATE ISSUED: Jan 29, 2009

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

*Margaret M Beed MD*

MARGARET BEED, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



0 0 1 8 3 6 7 9 3

# AFFIDAVIT TO AMEND A RECORD

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 1.1

LOCAL REGISTRATION NUMBER:

☐ BIRTH    ☒ DEATH    ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

**INFORMATION AS IT APPEARS ON ORIGINAL RECORD**

| | | |
|---|---|---|
| 1A. NAME—FIRST: WARREN | 1B. MIDDLE: REED | 1C. LAST: BATES |
| 2. SEX: M | 3. DATE OF EVENT—MM/DD/CCYY: 01/21/2009 | 4. CITY OF EVENT: HESPERIA |
| | | 5. COUNTY OF EVENT: SAN BERNARDINO |
| 6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD: HECTOR GEORGE BATES | | 7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD: EDITH IRENE SKILLMAN |

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 20 | 7483 LYONS AVENE | 7483 LYONS AVENUE |
| 26 | CATHERINE LYONS, WIFE | CATHERINE BATES, WIFE |

**REASON FOR CORRECTION**

11. ERROR STREET ADDRESS, WIFES LAST NAME WRONG

**AFFIDAVITS AND SIGNATURES**

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

| 12A. SIGNATURE OF FIRST PERSON: ► GERALD OLSSON | 12B. PRINTED NAME: GERALD OLSSON | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I: FUNERAL DIRECTOR |
|---|---|---|
| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP): 30388 EAST HWY 58, BARSTOW, CA 92311 | | 12E. DATE SIGNED—MM/DD/CCYY: 02/09/2009 |
| 13A. SIGNATURE OF SECOND PERSON: ► SV | 13B. PRINTED NAME: CATHERINE BATES | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I: DAUGHTER |
| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP): 7483 LYONS AVE, HESPERIA, CA 92395 | | 13E. DATE SIGNED—MM/DD/CCYY: 03/05/2009 |

**STATE/LOCAL REGISTRAR USE ONLY**

14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR: ►

15. DATE ACCEPTED FOR REGISTRATION:

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

*022009000154252*

FORM VS 24e (REV. 1/08)

1.1